[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12261

Non-Argument Calendar

_____

PASCO COUNTY,
a political Subdivision of the State of Florida,

Plaintiff-Counter
Defendant-Appellee,

*versus*

MEGAN JERRI TORRES,

Defendant-Counter
Claimant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01225-WFJ-SPF

_____

Before WILSON, JORDAN, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Megan Torres, proceeding *pro se*, appeals from the district court's order remanding to Florida state court an action involving a dispute over the enforcement of a county ordinance. We lack jurisdiction to review the remand order because it was based on the district court's lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001). Furthermore, the notice of removal did not invoke 28 U.S.C. §§ 1442 or 1443 as a basis for removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor and City Council of Balt.*, 141 S. Ct. 1532, 1538 (2021).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.